UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| The Ice Box Company, Inc., | ) | 4:12-288-MGL-KDW |
| | ) | |
| Plaintiff, | ) | CONSENT ORDER |
| | ) | CONFIRMING RESOLUTION |
| v. | ) | AND WITHDRAWAL OF |
| | ) | DEFENDANTS |
| Pilot Travel Centers, LLC, Hercules Poly, Inc., | ) | PILOT TRAVEL CENTER, LLC AND |
| Barnes Paper Company and David Russell, | ) | HERCULES POLY, INC.'S |
| | ) | PETITION FOR FEES |
| Defendants. | ) | (ECF NOS. 117 AND 119) |
| | ) | |

WHEREAS, by Order filed December 5, 2012, ECF No. 102, counsel for Plaintiff was ordered to pay to Defendant Pilot Travel Center, LLC ("Pilot") the reasonable expenses, including attorneys' fees, that Pilot incurred in filing and prosecuting its Motion to Compel, ECF No. 49, and instructed Pilot submit a written request for reasonable expenses, including an affidavit of costs and fees, by December 28, 2012;

WHEREAS, pursuant to the same Order, counsel for Plaintiff was ordered to pay to the Defendant Hercules Poly, Inc. ("Hercules") the reasonable expenses, including attorneys' fees, that Hercules incurred in filing and prosecuting its Motion to Compel, ECF No. 52, and instructed Hercules submit a written request for reasonable expenses, including an affidavit of costs and fees, by December 28, 2012;

WHEREAS, by Petitions filed December 28, 2012, each of Pilot and Hercules did submit written requests for reasonable expenses, including attorneys' fees, that each Defendant incurred in filing and prosecuting its respective Motion to Compel pursuant to the Order;[1] and

WHEREAS, counsel for Plaintiff and for Defendants Hercules and Pilot have informed

---

[1] *See* Pilot Travel Centers, LLC's Fee Petition filed December 28, 2012, ECF No. 117, and Hercules Poly, Inc.'s Petition for Attorney Fees filed December 28, 2012, ECF No. 119.

1

2

the court that all issues regarding Defendants' respective Petition for fees have been fully and completely resolved and, as such, request that each the Defendants' respective Petitions for fees, ECF Nos. 117 and 119, be withdrawn.

NOW THEREFORE, by and with the consent of counsel for Plaintiff and for Defendants Pilot Travel Center, LLC and Hercules Poly, Inc., Defendant Pilot Travel Centers, LLC's Fee Petition filed December 28, 2012, ECF No. 117, and Defendant Hercules Poly, Inc.'s Petition for Attorney Fees filed December 28, 2012, ECF No. 119, are each hereby withdrawn, with all issues regarding said Petitions being deemed fully and completely resolved.

IT IS SO ORDERED.

January 24, 2013                                    Kaymani D. West
Florence, South Carolina                            United States Magistrate Judge